1  QUIN DENVIR, Bar #49374
   Federal Defender
2  CARRIE S. LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JUAN C. HERNANDEZ

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   NO. 1:05-mj-00080
                                  )
12          Plaintiff,             )   ORDER GRANTING DEFENDANT'S MOTION
                                  )   FOR RETURN OF PROPERTY
13     v.                          )
                                  )
14 JUAN C. HERNANDEZ,             )   Judge:  Honorable William M. Wunderlich
                                  )
15          Defendant.             )
                                  )
16 _____)

17

18     Defendant's motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g)

19 came on for hearing on May 24, 2005.  Good cause appearing, DEFENDANT'S MOTION IS HEREBY

20 GRANTED.

21     The Government is hereby ordered to return the cash seized from Mr. Hernandez on April 16,

22 2005.

23     IT IS SO ORDERED.

24 **Dated:   June 14, 2005**              **/s/  William M. Wunderlich**
   mmkd34                                  UNITED STATES MAGISTRATE JUDGE
25

26

27

28